# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP SINGH, et al., | Case No. 1:25-cv-01085-SAB |
| Plaintiffs, | ORDER DIRECTING PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STAY |
| v. | |
| KRISTI LYNN ARNOLD NOEM, et al., | (ECF No. 5) |
| Defendants. | **DEADLINE: November 3, 2025** |

Plaintiffs commenced this action on August 27, 2025, alleging Defendants have unreasonably delayed completing the processing of Plaintiff Singh's vias application and making a final determination as to Plaintiff Singh's eligibility for an immigrant visa. (ECF No. 1.) Defendants' answer is due by November 7, 2025, and an initial scheduling conference is currently scheduled for December 16, 2025. (ECF No. 3.)

On October 27, 2025, Defendants moved for a stay. (ECF No. 5.) In the motion, Defendants notes that the federal government shutdown bars Department of Justice attorneys from working, even on a voluntary basis, except in limited circumstances that are not relevant here. Because of this, and because it remains unknown when funds will be restored, Defendants move for a stay.

Because the normal timeframe for Plaintiffs to respond to the motion would be after

1

Defendants' answer is due, the Court will direct Plaintiffs to file an opposition, or a non-opposition, by an earlier date.

Accordingly, the Court hereby ORDERS that Plaintiffs shall have through **November 3, 2025**, to file an opposition or non-opposition to the motion to stay.

IT IS SO ORDERED.

Dated:   **October 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2