# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP SINGH, et al., | Case No. 1:25-cv-01085-SAB |
| Plaintiffs, | ORDER DIRECTING DEFENDANTS TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO STAY |
| v. | |
| KRISTI LYNN ARNOLD NOEM, et al., | (ECF Nos. 5, 6) |
| Defendants. | **DEADLINE: November 3, 2025** |

Plaintiffs commenced this action on August 27, 2025, alleging Defendants have unreasonably delayed completing the processing of Plaintiff Singh's vias application and making a final determination as to Plaintiff Singh's eligibility for an immigrant visa. (ECF No. 1.) Defendants' answer is due by November 7, 2025, and an initial scheduling conference is currently scheduled for December 16, 2025. (ECF No. 3.)

On October 27, 2025, Defendants moved for a stay. (ECF No. 5.) In the motion, Defendants note that the federal government shutdown bars Department of Justice attorneys from working, even on a voluntary basis, except in limited circumstances that are not relevant here. Because of this, and because it remains unknown when funds will be restored, Defendants move for a stay. The Court directed Plaintiffs to file an opposition or non-opposition, and they have quickly filed an opposition. (ECF No. 6.)

Given the arguments outlined in the opposition, the Court has determined that a reply from Defendants would be helpful. Accordingly, the Court will direct Defendants to file a reply. Because the normal timeframe for Defendants to reply to the opposition would due the same date Defendants' answer is due, the Court will direct Defendants to file a reply by an earlier date.

Accordingly, the Court hereby ORDERS that Defendants shall have through **November 3, 2025**, to file a reply to Plaintiff's opposition to the motion to stay.

IT IS SO ORDERED.

Dated:   **October 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2