# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP SINGH, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KRISTI LYNN ARNOLD NOEM, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-01085-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF<br><br>(ECF No. 9) |

Before the Court is the parties' stipulation for an extension of time in which Defendant shall file its reply to Plaintiff's opposition to the motion to stay. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through December 2, 2025, to file its reply. The Court observes that Defendants' response to the complaint is currently due November 7, 2025. (ECF No. 5). In light of the foregoing, the Court continues Defendants' answer deadline to December 2, 2025.

IT IS SO ORDERED.

Dated: __**November 3, 2025**__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge